IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

TAD M. LANG,

          Plaintiff,

vs.                                  Case No.

MENARD, INC.,

          Defendant.

## NOTICE OF REMOVAL

      THE DEFENDANT, MENARD, INC., a Foreign Corporation, by its attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, pursuant to 28 U.S.C. §1441 *et. seq.*, hereby petitions to remove this action from the Circuit Court of the Sixth Judicial Circuit, Champaign County, Illinois, to the United States District Court for the Central District of Illinois, Urbana Division. In support, Defendant states:

      1.      On or about November 20, 2015, TAD M. LANG, Plaintiff, filed a Complaint against the Defendant, MENARD, INC., in Champaign County, Illinois.

      2.      Defendant was served through its registered agent on December 16, 2015. Copies of the Summons and Complaint served upon Defendant are attached as Exhibit 1. A copy of the Return of Service is attached hereto as Exhibit 2.

      3.      Plaintiff is a resident and citizen of the State of Illinois.

      4.      Defendant is a Wisconsin corporation with its principal place of business in Wisconsin.

5.  The claim alleged in Plaintiff's Complaint arises out of an occurrence in Champaign, Champaign County, Illinois.

6.  Plaintiff claims that he was severely and permanently injured, and suffered great pain, anguish and disability, both in mind and body, and will in the future continue to so suffer. Plaintiff further alleges that she has and will in the future be hindered and prevented from attending to her usual duties and affairs of life, and has expended and become liable for sums of money for medical care and services.

7.  Pre-suit investigation has revealed that Plaintiff is seeking in excess of R$135,000.00 for this claim based upon at least $53,978.00 in past medical specials and $1,248.00 in lost wages. Investigation further demonstrates that Plaintiff seeks recovery for facial and sinus fractures and recurrent headaches. Otherwise, the Plaintiff's course of past treatment and proposed course of future treatment is unknown to the Defendant.

8.  Based on the nature of Plaintiff's complained of injury and the language of his Complaint, it appears that Plaintiff seeks damages in an amount in excess of the jurisdictional requirement of $75,000.00.

9.  This court has original jurisdiction of the matters alleged in Plaintiff's Complaint pursuant to 28 U.S.C. § 1332. The matter is subject to removal by Defendant pursuant to 28 U.S.C. § 1441.

10. Defendant's Notice of Removal is timely pursuant to 28 U.S.C § 1446(b) in that it is filed within thirty (30) days of service of Summons.

11. Pursuant to 28 U.S.C. § 1446(d), Defendant is giving written notice of the filing of this Petition for Removal to all adverse parties and will file a copy of this Petition for Removal

with the Clerk of the Circuit Court of Champaign County, Illinois, thereby effecting removal to this court.

WHEREFORE, the Defendant, MENARD, INC., a Foreign Corporation, prays that the above action now pending against it in the Circuit Court of Champaign County, Illinois, be removed therefrom to this court.

> MENARD, INC., Defendant
>
> By: _____*s/Adam P. Chaddock*_____
> Adam P. Chaddock
> QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Adam P. Chaddock (Illinois Bar No. 6274685)
E-mail: achaddock@quinnjohnston.com
Katherine M. Carter (Illinois Bar No. 6312491)
E-mail: kcarter@quinnjohnston.com
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 NE Jefferson Avenue
Peoria, IL 61602
(309) 674-1133
(309) 674-6503 (fax)
mailto:achaddock@quinnjohnston.com

## CERTIFICATE OF SERVICE

I hereby certify that on ___10/30___, 201_5_, I electronically filed this **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Robert E. Roth                              ***Attorney for Plaintiff***
    101 S. Elliott St.
    Olney, IL 62450
    Phone: 618-395-4911

                    ___*s/Adam P. Chaddock*___


Adam P. Chaddock (Illinois Bar No. 6274685)
E-mail: achaddock@quinnjohnston.com
Katherine M. Carter (Illinois Bar No. 6312491)
E-mail: kcarter@quinnjohnston.com
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 NE Jefferson Avenue
Peoria, IL 61602
(309) 674-1133
(309) 674-6503 (fax)
mailto:achaddock@quinnjohnston.com